## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/04/2011

**Case Name:**    David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:**  11-1977

**Docket Text:**
Civil case docketed. [3783947] [11-1977]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Ann Thompson: