# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 04, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

RE:  11-1977  David Stebbins v. Reliable Heat & Air, LLC, et al

Dear Mr. Stebbins,

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the district court has denied your request to appeal in forma pauperis. You have two options. First, you may pay the district court clerk the $455 docketing and filing fees. Second, if you cannot pay the fees and wish to ask the court of appeals to grant you permission to appeal in forma pauperis, you may renew your in forma pauperis motion by refiling it with this office.  A form is attached for your assistance.

Therefore, you are hereby notified that you must either pay the fees in full or renew your in forma pauperis motion in this court by June 2, 2011. If you fail to take one of these two steps, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc: Mr. Gary W. Allman
 Ms. Ann Thompson

District Court/Agency Case Number(s): 6:10-cv-03305-RED

Caption For Case Number: 11-1977

**David Anthony Stebbins**

    Plaintiff - Appellant

v.

**Reliable Heat & Air, LLC; Richardson Randal**

    Defendants - Appellees

**Addresses For Case Participants:   11-1977**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Mr. Gary W. Allman
P.O. Box 5049
Branson MO 65615

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
222 N. John Q. Hammons Parkway
Suite 1400
Springfield, MO  65806-0000