# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1977
_____

| | | |
|---|---|---|
| **David Stebbins** | ) | |
|     Appellant | ) | |
| | ) | |
| v. | ) | On Appeal from the United States |
| | ) | District Court for the Western |
| **Randal Richardson and** | ) | District of Missouri |
| **Reliable Heat & Air, LLC** | ) | |
|     Appellees | ) | |
| | ) | |

## MOTION FOR STAY OF DISTRICT COURT PROCEEDINGS

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following motion for a stay of proceedings.

My appeal concerns a failure to confirm an arbitration award. If my appeal is granted, and the District Court's decision is reversed, the District Court will lack jurisdiction over me for the litigation. Therefore, a stay of proceedings is necessary to prevent this.

To the contrary, if the decision is affirmed on appeal, we can simply pick up the employment discrimination litigation right where we left off. No harm, no foul.

I request that the stay officially begin on April 22, 2011, as that is the date when the District Court made the first of the errors that I am appealing. All the proceedings in the District Court should be pushed back a proportionate number of days.

Wherefore, I respectfully pray that you grant this stay, and order the proceedings in case #10-3305 in the United States District Court for the Western District of Missouri to cease until this appeal can be heard.

It is so requested, on this 4th day of May, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison AR 72601
870-204-6024
stebbinsd@yahoo.com

Appellate Case: 11-1977    Page: 1    Date Filed: 05/04/2011 Entry ID: 3784020

# United States Court of Appeals
### FOR THE EIGHTH CIRCUIT

———

No. 11-1977

———

| | |
|---|---|
| **David Stebbins** )<br>   **Appellant** )<br>  ) | |
| **v.** ) <br> ) | **On Appeal from the United States**<br>**District Court for the Western** |
| **Randal Richardson and** ) <br> **Reliable Heat & Air, LLC** ) <br>   **Appellees** ) <br> ) | **District of Missouri** |

**CERTIFICATE OF SERVICE**

I, Appellant David Stebbins, hereby certify that a true and correct copy of my motion for a stay of district court proceedings was served on the Appellees by allowing them to view the notice of docket activity on the fourth day of May, 2011.

*David S Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison AR 72601
870-204-6024
stebbinsd@yahoo.com
