# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-1977

---

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **Randal Richardson and** ) | **District of Missouri** |
| **Reliable Heat & Air, LLC** ) | |
|     **Appellees** ) | |
| ) | |

### MOTION TO EXPEDITE MOTION FOR STAY OF DISTRICT COURT PROCEEDINGS

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following motion to expedite my motion for a stay of proceedings.

Let us put aside, for a minute, the lack of jurisdiction if the District Court's decision should be reversed. If the stay is not granted, the litigation's discovery is supposed to end on May 31, 2011. If the stay is not granted, I must wrap up my discovery, and I am behind schedule, on that.

Please, hurry up and rule on my motion for a stay of district court proceedings, to avoid my discovery rights being prejudiced.

It is so requested on this sixth day of May, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison AR 72601
870-204-6024
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1977
_____

| | |
|---|---|
| **David Stebbins** ) | |
|     Appellant ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **Randal Richardson and** ) | **District of Missouri** |
| **Reliable Heat & Air, LLC** ) | |
|     Appellees ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my motion for a stay of district court proceedings was served on the Appellees by allowing them to view the notice of docket activity on the sixth day of May, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison AR 72601
870-204-6024
stebbinsd@yahoo.com