11-1977  David Stebbins v. Reliable Heat & Air, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/05/2011

**Case Name:** David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:** 11-1977

**Docket Text:**
PETITION for Writ of Mandamus filed by Appellant Mr. David Anthony Stebbins. Petition is construed as a renewal of motion for leave to proceed on appeal following the district court's denial of motion, w/service 05/06/2011 [3784816] [11-1977]

**The following document(s) are associated with this transaction:**
Document Description:  Writ of Mandamus

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Ann Thompson: