# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/25/2011

**Case Name:**    David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:** 11-1977

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins, w/service 05/25/2011; 13 PDF pages, No Addendum. Pages: 12. [3791321] [11-1977]

**The following document(s) are associated with this transaction:**
Document Description:  brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com