No: 11-1977
_____

David Anthony Stebbins

Plaintiff - Appellant

v.

Reliable Heat & Air, LLC; Randal Richardson

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
_____

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction under 8th Circuit Rule 47A(a).

All pending petitions and motions are dismissed as moot.

June 01, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans