# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1977

David Anthony Stebbins

Appellant

v.

Reliable Heat & Air, LLC and Randal Richardson

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
___

**ORDER**

Appellant's motion for clarification is denied.

June 14, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans