# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1977
_____

| | |
|---|---|
| **David Stebbins** )<br>    **Appellant** )<br>)<br>v. )<br>)<br>**Randal Richardson and** )<br>**Reliable Heat & Air, LLC** )<br>    **Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Missouri** |

MOTION TO STAY MANDATE

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following motion to stay the mandate in the above case, pending a petition for writ of ceriteroi before the Supreme Court.

I intend to present before the Supreme Court the question of whether or not this court has jurisdiction to hear the appeal. This is a substantial question and thus warrants a stay of the mandate.

It is so requested on this 20th day of July, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1977

_____

| | |
|---|---|
| **David Stebbins** )<br>　　**Appellant** )<br>)<br>v. )<br>)<br>**Randal Richardson and** )<br>**Reliable Heat & Air, LLC** )<br>　　**Appellees** )<br>) | On Appeal from the United States<br>District Court for the Western<br>District of Missouri |

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my petition for an en banc hearing was served on Gary Allman, Attorney for the Defense, by allowing him to view the Notice of Docket Activity on ECF.

　/s/ David Stebbins
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com