# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1977
_____

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| **v.** ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **Randal Richardson and** ) | **District of Missouri** |
| **Reliable Heat & Air, LLC** ) | |
|     **Appellees** ) | |
| ) | |

NOTICE OF CERTEROI PETITION FILING

Comes now Appellant David Stebbins, who hereby who hereby notifies the circuit clerk that a petition for writ of certeroi was mailed to the Supreme Court, and that the Appellees have also received a copy of the petition.

    _____/s/ David Stebbin
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my notice of petition filing was served on Appellees by allowing them to view the Notice of Docket Activity on CM/ECF, pursuant to Local Rule 25B.

    _____/s/ David Stebbin
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com