# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1977

David Anthony Stebbins

Appellant

v.

Reliable Heat & Air, LLC and Randal Richardson

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
_____

## MANDATE

In accordance with the judgment of 06/01/2011, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

July 27, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit