# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 12, 2011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

  Re: David Anthony Stebbins
    v. Reliable Heat & Air, LLC, et al.
    No. 11-5779
    (Your No. 11-1977)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on July 20, 2011 and placed on the docket August 12, 2011 as No. 11-5779.

          Sincerely,

          **William K. Suter**, Clerk

          by

          Sandy Spagnolo
          Case Analyst