# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 16, 2011

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
222 N. John Q. Hammons Parkway
Suite 1400
Springfield, MO  65806-0000

      RE:  11-1977  David Stebbins v. Reliable Heat & Air, LLC, et al

Dear Clerk:

      Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                     Michael E. Gans
                                     Clerk of Court

DMS

Enclosure(s)

      District Court/Agency Case Number(s):  6:10-cv-03305-RED