# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 11, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

> Re: David Anthony Stebbins
> v. Reliable Heat & Air, LLC, et al.
> No. 11-5779
> (Your No. 11-1977)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk