# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**      Ms. Ann Thompson

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    November 03, 2011

**RE:**      11-1977   David Stebbins v. Reliable Heat & Air, LLC, et al

District Court/Agency Case Number(s):   6:10-cv-03305-RED

___

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


DMW